UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JEREMY LEE SMALLWOOD,

    Plaintiff,

v.                                                 3:14-CV-79-TAV-HBG

SGT. WADE, UNKNOWN DEPUTIES #1-5,
and CLAIBORNE COUNTY SHERIFF'S OFFICE,

    Defendants.

## JUDGMENT ORDER

For the reasons stated in the Court's Memorandum and Order, the Court **ORDERS** that this action is **DISMISSED** as frivolous. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                      s/ Thomas A. Varlan
                                      CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ *Debra C. Poplin*
      CLERK OF COURT